PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Shaheem Shabree Carlos     Cr.: 22-00366-001
                                                                                                 PACTS #: 63356

Name of Original Judicial Officer:     THE HONORABLE JAMES C. TURK
                                                 SENIOR UNITED STATES DISTRICT JUDGE – WD/VA

Name of Sentencing Judicial Officer:     THE HONORABLE CLAIRE C. CECCHI
                                                   UNITED STATES DISTRICT JUDGE – D/NJ

Date of Original Sentence: 05/30/2012

Original Offense:     Count 2: Possession of a Firearm in Furtherance of a Drug Trafficking Crime
                              Count 3: Conspiracy to Distribute More than 100 grams of Heroin

Original Sentence: 154 months imprisonment, 48 months supervised release

Special Conditions: Reside in Residence Free of Destructive Devices and Search/Seizure

Type of Supervision: Supervised Release            Date Supervision Commenced: 03/11/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 26, 2022, Metuchen Police Officers were dispatched to the TD Bank for a report of individuals driving a white Dodge sedan with a red stripe, attempting to cash a fraudulent check in the amount of $27,500. The responding officer observed the vehicle in the middle drive thru lane. The officer observed a white, Hispanic male in the driver seat and a black male in the passenger seat. The officer approached the vehicle and told the driver not to move the vehicle. The driver put the vehicle in reverse and began to leave the scene. The vehicle drove out of the parking lot at a high rate of speed and the responding officers lost sight of the vehicle. |
| | The officer spoke with a TD Bank employee, who provided the officer with the fraudulent documents that were submitted through the drive thru. The fraudulent check was from City of Sunrise, Wells Fargo Bank, in the amount of $27,500. It was made out to Shaheem Carlos. The check was endorsed by Shaheem Carlos. The employees were able to provide a name and New Jersey driver's license number associated with the account. The driver's license number was entered into the NCIC system and the response was an individual with the name of Shaheem Carlos and the New Jersey Department of Motor Vehicle photo matched the description of the passenger in the vehicle. As a result, Shaheem Carlos was charged with 2 counts of Forgery, 1 count of Criminal Attempt of |

Prob 12A – page 2
Shaheem Shabree Carlos

Theft, 1 count of Conspiracy to Commit Theft and 2 counts of Conspiracy to Commit Forgery.  A warrant was issued.

On September 8, 2022, the undersigned officer became aware that a warrant for Shaheem Carlos had been issued and was active.  The undersigned officer spoke Mr. Carlos.  He denied involvement in the offense but agreed to surrender himself to the Paterson Police Department.  Mr. Carlos surrendered himself on September 8, 2022, to the Paterson Police Department and was taken to Metuchen Police Department.  He was held in custody overnight and released the next day, September 9, 2022.

The charges remain pending in New Jersey Superior Court, Middlesex County.

U.S. Probation Officer Action:
The probation officer has met with Mr. Carlos and discussed the allegations and pending charges.  He is adamant he was not involved in the offense and does not know the co-defendant listed in the case.  He plans to contest the charges.

At this time, the probation officer is not requesting any formal action be taken by the Court.  Prior to his arrest, Mr. Carlos was complying with the conditions of his supervised release.  Until recently, he had been gainfully employed and is actively seeking new employment.  While the conduct outlined in the investigation reports is concerning, the probation office would like more time to investigate the alleged conduct and possibly allow the matter to be resolved in state court before a Violation of Supervised Release is initiated.  Should additional details emerge that would change the probation officer's recommendation or if additional non-compliant behavior were to occur, the probation officer will notify the Court with a new plan of action.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Patrick Hattersley/SGM*

By:   PATRICK HATTERSLEY
      Senior U.S. Probation Officer

/ ph

APPROVED:

_____   09/19/2022
SUZANNE J. GOLDA-MARTINEZ            Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Shaheem Shabree Carlos

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

9/20/2022
Date